IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO RASHAD JOHNSON, #277414, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDY HUGHES, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.  1:13cv290-WHA <br> (WO) |

## FINAL JUDGMENT

In accordance with the Order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice.

DONE this 27th day of September, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE